UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | LA CV19-04291 JAK (PJWx) | Date | September 16, 2019 |
|---|---|---|---|
| Title | Connie Dietrich v. Autozone West, Inc., et al. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Marc I. Willick | Bradford J. DeJardin |
| Tyler R. Stock | Patricia E. B. Alberts |
| | Mary T. McKelvey |
| | Patrick J. Glinka |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION (DKT. 32); AND**

**SCHEDULING CONFERENCE**

The motion hearing is held. The Court states its tentative view that it is inclined to grant Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction (the "Motion" (Dkt. 32)). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

The scheduling conference is held. Counsel believe a limited amount of discovery is necessary prior to trial, whether the trial proceeds in state or federal court. They also agree that they can commence discovery prior to a ruling on the Motion, given that it will be necessary independent of the court in which the matter proceeds. Counsel shall confer and file a joint report by September 26, 2019, stating the parties' collective and/or respective positions as to proposed dates for the completion of non-expert and expert discovery and for the filing of motions. Upon the issuance of the final ruling on the Motion, if it is denied, the Court will set dates for the completion of discovery and related proceedings based on a review of the joint report.

**IT IS SO ORDERED.**

|  | : | 50 |
|---|---|---|
| | Initials of Preparer | ak |